IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SALLY CHRISTINE SUMMERS,<br><br>    Plaintiff,<br><br>v.<br><br>LHC GROUP, INC.,<br><br>    Defendant. | Civil Action No. 3:09-cv-277<br><br>Judge Thomas A. Wiseman, Jr. |

### ORDER

Before the Court is defendant LHC Group, Inc.'s Motion to Dismiss Complaint and for Attorneys' Fees (Doc. No. 7). For the reasons discussed in the accompanying Memorandum Opinion, the motion to dismiss is hereby **GRANTED** and this matter is **DISMISSED WITH PREJUDICE AS TO RELATOR SALLY CHRISTINE SUMMERS**, but without prejudice to the United States' ability to pursue the same or related claims against LHC should it choose to do so. The request for attorneys' fees is **DENIED**.

Costs are taxed to the relator, Sally Christine Summers.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58 from which an appeal may lie.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge